REBECCA BRUCH, ESQ. (SBN 7289)
ERICKSON, THORPE & SWAINSTON, LTD.
99 W. Arroyo Street
Reno, Nevada 89509
Tel. (775)786-3930
Email: RBruch@etsreno.com

*Attorneys for Defendant Summerwinds Resort Services*

```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
        COUNSEL/PARTIES OF RECORD

        MAR 2 3 2018

    CLERK US DISTRICT COURT
     DISTRICT OF NEVADA
BY: _____ DEPUTY
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARIUS MOGHADDAM, | CASE NO.: 3:18-CV-00107-LRH-VPC |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| SUMMERWINDS RESORT SERVICES and DOE Defendants I-X, | |
| Defendants. | |

The parties, by and through their respective undersigned counsel, stipulate that there is good cause to grant an extension of time for Defendant to file and serve a response to Plaintiff's Complaint and Demand for Jury Trial, ECF No. 1, for a period of 31 days, from the current due date of April 3, 2018 to May 4, 2018. Additional time is needed for Defendant's counsel to meet with Defendant and obtain their records.   In addition, Defendant's counsel has some personal matters to attend to that will require her to be out of the office for at least a week beginning April 11, 2018.

[Remainder of page left intentionally blank.]

1

This is the first request.

DATED this 21st day of March, 2018.

ERICKSON, THORPE & SWAINSTON, LTD

By: /s/ Rebecca Bruch
REBECCA BRUCH, ESQ. (SBN7289)
99 West Arroyo Street
Reno, Nevada 89509
*Attorney for Defendant*
*Summerwinds Resort Services*

DATED this 21st day of March, 2018.

By: /s/ Mark Mausert
MARK MAUSERT, ESQ. (SBN2398)
CODY OLDHAM, ESQ. (SBN14594)
930 Evans Avenue
Reno, Nevada 89512
*Attorney for Plaintiff*
*Darius Moghaddam*

## ORDER

IT IS SO ORDERED.

DATED this 23rd day of March, 2018.

_____
United States Magistrate Judge

2