UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DARIUS MOGHADDAM,<br><br>    Plaintiff,<br><br>v.<br><br>SUMMERWINDS RESORT SERVICES and DOE Defendants I-X,<br><br>    Defendants. | CASE NO.: 3:18-CV-00107-LRH-VPC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED TO between the parties by and through their undersigned counsel, that the above-entitled action be dismissed with prejudice, with each side to bear its own attorney's fees and costs associated with this matter.

This is the first request.

DATED this 12th day of July, 2018.

                                          ERICKSON, THORPE & SWAINSTON, LTD

                                          By: /s/ Rebecca Bruch
                                                  REBECCA BRUCH, ESQ. (SBN7289)
                                                  99 West Arroyo Street
                                                  Reno, Nevada 89509
                                                  *Attorney for Defendant*
                                                  *Summerwinds Resort Services*

//

//

1

DATED this 12th day of July, 2018.

By: /s/ Mark Mausert
MARK MAUSERT, ESQ. (SBN2398)
CODY OLDHAM, ESQ. (SBN14594)
729 Evans Avenue
Reno, Nevada 89512
*Attorney for Plaintiff*
*Darius Moghaddam*

## ORDER

Based on the parties' stipulation [ECF No. 14 ], good cause appearing, and no reason to delay, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this case is DISMISSED with prejudice, each party to bear its own fees and costs. The Clerk of The Court is directed to CLOSE THIS CASE.

DATED this 13th day of July, 2018.

_____
LARRY R. HICKS
U.S. DISTRICT COURT JUDGE